UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6088-CR
UNGARO-BENAGES

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JORGE RAVELO,

      Defendant,
_____/

### ORDER OF TRANSFER TO FUGITIVE STATUS

The above listed defendant is hereby transferred to the Clerk's Fugitive File until such time as the defendant is apprehended.

DONE and ORDERED in chambers at the United States Courthouse, Federal Courthouse Square, on August __28__, 2001.

                              URSULA UNGARO-BENAGES
                              UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney's Office